# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ENTERING PLEA** |
| | ) | |
| v. | ) | |
| | ) | |
| Mariah Jo Head, | ) | 3:24-cr-00177 |
| | ) | |
| Defendant. | ) | |

On October 10, 2024, the court held an initial appearance and arraignment for Defendant. The court did not receive a plea from Defendant at the time of the hearing. Accordingly, the court enters a plea of not guilty on Defendant's behalf.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2024.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court